
ORIGINAL

FILED

05/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0092

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0092

IN RE: THE MARRIAGE OF:

CORRINA JOHNSON,

    Petitioner and Appellee,

and

TRENT RICHARD JOHNSON,

    Respondent and Appellant.

FILED

MAY 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

By motion filed May 3, 2023, Appellee Corrina Johnson moves for dismissal of this appeal pursuant to M. R. App. P. 7(8) because Appellant Trent Richard Johnson failed to participate in mediation. Corrina alleges, as does the Mediator's Report filed by appointed mediator Daniel B. Bidegaray, that Trent did not provide a statement of position, a separate confidential settlement letter, or respond in any manner until after the start of the mediation, at which time his counsel e-mailed the mediator, stating, "I'm in trial."

M. R. App. P. 7(8) provides that substantial noncompliance with mandatory appellate alternative dispute resolution may result in sanctions including dismissal of the appeal. In this case, in addition to failing to participate in mediation, Trent has failed to timely file an opening brief or request an extension of time to do so, and he has not responded to Corrina's motion to dismiss nor disputed her allegation that he failed to comply with the mandatory appellate alternative dispute resolution process. Dismissal is warranted under M. R. App. P. 7(8), 13(3), and 16(1).[1]

IT IS HEREBY ORDERED that this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record.

---

[1] On May 26, 2023, Trent filed an untimely response to Corrina's motion to dismiss. In his response, Trent asserts a financial inability to order a transcript of the proceedings and adequately prepare an opening brief, but he completely fails to acknowledge, much less address, the primary basis for Corinna's motion to dismiss: Trent's substantial noncompliance with M. R. App. P. 7.

Dated this 30 day of May, 2023.

_____
Chief Justice

_____

_____

_____
Justices